IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> JOHN ABSHER, <br><br>    Defendants. | **Civil Action No. 1:24-cv-02930-VMC** |

## **DEFENDANT'S PARTIAL MOTION TO DISMISS**

Defendant John Absher, by and through his undersigned counsel, files this Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The basis for the motion is set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss (the "Brief").

As set forth in the Brief, Plaintiffs' claim for Fraud (Count IV) against Mr. Absher fails as a matter of law as preempted by Georgia's Trade Secrets Act. Accordingly, Mr. Absher respectfully request the Court dismiss Count IV of the Complaint for failure to state a claim upon which relief can be granted.

[SIGNATURE BLOCK ON NEXT PAGE]

1

This 29th day of July, 2024.

                              Respectfully submitted,

                              **BERMAN FINK VAN HORN P.C.**

                              */s/ Daniel H. Park*
                              Daniel H. Park
                              Georgia Bar No. 930188
                              E-mail: dpark@bfvlaw.com
                              Brett A. Switzer
                              Georgia Bar No. 554141
                              E-mail: bswitzer@bfvlaw.com

3475 Piedmont Road, N.E.        COUNSEL FOR DEFENDANT
Suite 1640                                    JOHN ABSHER
Atlanta, Georgia 30305
Telephone: (404) 261-7711

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1B

This is to certify that the foregoing **DEFENDANT'S PARTIAL MOTION TO DISMISS** was prepared using Times New Roman 14-point font in accordance with Local Rules 7.1D and 5.1B.

This 29th day of July, 2024.

**BERMAN FINK VAN HORN P.C.**

By: */s/ Daniel H. Park*
Daniel H. Park
Georgia Bar No: 930188

## CERTIFICATE OF SERVICE

I certify that, on July 29, 2024, I electronically filed the foregoing **DEFENDANT'S PARTIAL MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

>Nathan D. Chapman, Esq.
>Shawna M. Miller, Esq.
>KABAT CHAPMAN & OZMER LLP
>171 17th Street, NW
>Suite 1550
>Atlanta, Georgia 30363
>nchapman@kcozlaw.com
>smiller@kcozlaw.com
>*Counsel for Plaintiffs*

**BERMAN FINK VAN HORN P.C.**

By:  */s/ Daniel H. Park*
    Daniel H. Park
    Georgia Bar No: 930188