IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN ABSHER,<br><br>    Defendants. | **Civil Action No. 1:24-cv-02930-VMC** |

## [PROPOSED] ORDER

The Court having considered Defendant John Absher's *Motion for an Order Confirming the Stay of His Answer Deadline Pending a Ruling on Defendant's Partial Motion to Dismiss* [Doc. No. 7] (the "Motion"), and for good cause shown, **IT IS HEREBY ORDERED** that Mr. Absher's obligation to file an answer to Plaintiff's Complaint is hereby stayed by the filing of his Partial Motion to Dismiss.

Mr. Absher shall have through and including 14 days following the date of the Court's ruling on the Partial Motion to Dismiss to respond to Plaintiff's Complaint.

1

IT IS SO ORDERED this _____ day of _____, 2024.

                                                                                                         _____
                                                                      Honorable Victoria M. Calvert
                                                                      United States District Judge
                                                                      Northern District of Georgia

Submitted by:

                                                **BERMAN FINK VAN HORN P.C.**

                                                */s/ Brett A. Switzer*
                                                Brett A. Switzer
                                                Georgia Bar No. 554141
                                                E-mail: bswitzer@bfvlaw.com

                                                Daniel H. Park
                                                Georgia Bar No. 930188
                                                E-mail: dpark@bfvlaw.com

3475 Piedmont Road, N.E.         COUNSEL FOR DEFENDANT
Suite 1640                                   JOHN ABSHER
Atlanta, Georgia 30305
Telephone: (404) 261-7711