# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ABSHER, <br><br> Defendant. | Civil Action No. 1:24-cv-02930-VMC |

## ORDER

Before the Court are the following motions:

- Defendant's Partial Motion to Dismiss (Doc. 5), and

- Defendant's Motion for an Order Confirming Stay of Answer Deadline Pending a Ruling on Defendant's Partial Motion to Dismiss. (Doc. 7).

Through the Partial Motion to Dismiss, Defendant seeks dismissal of a single count of the Complaint, Count IV for Fraud, based on a Georgia Trade Secrets Act preemption argument.

Under the Court's Standing Order, which the Court acknowledges was docketed in this case after Defendant's motions were filed, "'[p]artial' motions to dismiss, that is, motions to dismiss fewer than all counts of the complaint for failure to state a claim, are discouraged." (Doc. 8 at 33). The Court's Standing

Order further provides that "[u]nless the scope of discovery will be substantially narrowed by the Court's ruling, parties should answer the entire complaint and move for partial judgment on the pleadings, so that discovery is not delayed pending the Court's ruling." (*Id.*).

Defendant's Partial Motion to Dismiss acknowledges that "Plaintiffs also allege a trade secret misappropriation claim against Mr. Absher" which "is based on the same facts as the fraud claim." (Doc. 5-1 at 5). Because Defendant's Partial Motion to Dismiss would leave pending a claim based on the same facts as the claim he seeks to dismiss, it is difficult to conceive of how the scope of discovery would be narrowed by a ruling in favor of Defendant. Accordingly, the Court will deny the Partial Motion to Dismiss without prejudice to Defendant raising the same arguments by Motion for Partial Judgment on the Pleadings after the Answer is filed.[1]

It is **ORDERED** that Defendant's Partial Motion to Dismiss (Doc. 5) is **DENIED WITHOUT PREJUDICE**. It is

**FURTHER ORDERED** that Defendant's Motion for an Order Confirming Stay of Answer Deadline Pending a Ruling on Defendant's Partial Motion to Dismiss. (Doc. 7) is **DENIED AS MOOT**. It is

---

[1] The Court advises the parties to confer on whether the fraud count is in fact preempted by the Georgia Trade Secrets Act prior to the filing of such motion, and if so, encourages the parties to stipulate to an amended complaint.

**FURTHER ORDERED** that Defendant is **DIRECTED** to file an Answer to the Complaint within 14 days of the date of entry of this Order.

**SO ORDERED** this 30th day of July, 2024.

_____
Victoria Marie Calvert
United States District Judge