IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ABSHER, <br><br> Defendants. | **Civil Action No. 1:24-cv-02930-VMC** |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

In accordance with Local Rule 26.3, I hereby certify that on this date, the

Plaintiff in the above styled action was served with the following:

1. *Defendant John Absher's First Continuing Interrogatories to Plaintiffs American Bankers Insurance Company of Florida and American Financial & Automotive Services, Inc.; and*

2. *Defendant John Absher's First Request for Production of Documents to Plaintiffs American Bankers Insurance Company of Florida and American Financial & Automotive Services, Inc.*

by electronic mail as follows:

Nathan D. Chapman, Esq.
Shawna M. Miller, Esq.
KABAT CHAPMAN & OZMER LLP
171 17th Street, NW
Suite 1550
Atlanta, Georgia 30363

nchapman@kcozlaw.com
smiller@kcozlaw.com
*Counsel for Plaintiffs*

This 3rd day of September, 2024.

BERMAN FINK VAN HORN P.C.

By:    */s/ Daniel H. Park*
         Daniel H. Park
         Georgia Bar No. 930188
         dpark@bfvlaw.com
         Brett A. Switzer
         Georgia Bar No. 554141
         bswitzer@bfvlaw.com

3475 Piedmont Road, NE         COUNSEL FOR DEFENDANT
Suite 1640         JOHN ABSHER
Atlanta, Georgia 30305-6400
(404) 261-7711
(404) 233-1943 (Facsimile)

**CERTIFICATE OF SERVICE**

I certify that, on September 3, 2024, I electronically filed the foregoing

**CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of the Court

using the CM/ECF system which will automatically send e-mail notification of

such filing to the following attorneys of record:

Nathan D. Chapman, Esq.
Shawna M. Miller, Esq.
KABAT CHAPMAN & OZMER LLP
171 17th Street, NW
Suite 1550
Atlanta, Georgia 30363
nchapman@kcozlaw.com
smiller@kcozlaw.com
*Counsel for Plaintiffs*

BERMAN FINK VAN HORN P.C.

By:    */s/ Daniel H. Park*
Daniel H. Park
Georgia Bar No. 930188
E-mail: dpark@bfvlaw.com

3475 Piedmont Road, N.E.          COUNSEL FOR DEFENDANT
Suite 1640                        JOHN ABSHER
Atlanta, Georgia 30305
Telephone: (404) 261-7711