# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>JOHN ABSHER, <br><br>　　　　Defendant. | Civil Action No. 1:24-cv-02930 |

## ORDER STAYING DISCOVERY

Plaintiffs American Bankers Insurance Company of Florida ("ABIC") and American Financial & Automotive Services, Inc. ("AFAS") (collectively, "Plaintiffs") and Defendant John Absher ("Defendant"), having filed a joint motion to stay discovery pending rulings on Plaintiffs' Motion for Leave to Amend their First Amended Complaint (Doc. 38), Plaintiffs' Motion to Consolidate (Doc. 39), and pending discovery commencing in the related litigation of *American Bankers Insurance Company of Florida and American Financial & Automotive Services, Inc. v. Lance Ferguson, Wayne Moore, Robert Jackson, and Capital Dealer Services Group, LLC*, No. 1:25-cv-3981-VMC ("*Ferguson*" case) and for good cause shown;

1

IT IS HEREBY ORDERED that all discovery is stayed pending rulings on Plaintiffs' Motion for Leave to Amend their First Amended Complaint (Doc. 38), Plaintiffs' Motion to Consolidate (Doc. 39), and pending discovery commencing in the *Ferguson* case.

IT IS SO ORDERED.

Dated: August 4, 2025

The Honorable Victoria M. Calvert
United States District Court Judge