# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ABSHER, <br><br> Defendant. | Civil Action No. 1:24-cv-02930-vmc |

## **DEFENDANT ABSHER'S OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE**

Plaintiffs seek to consolidate this case with N.D. Ga. Case. No. 1:25-cv-3981 ("Plaintiffs' New Suit") under Fed. R. Civ. P. 42 (Dkt. 39-1). Defendant Absher opposes the motion as premature and requests that it be dismissed without prejudice.

### ARGUMENT AND CITATION OF AUTHORITY

Plaintiffs filed this suit against Defendant Absher on July 1, 2024. (Dkt. 1). According to Plaintiffs, they recently filed the New Suit against Lance Ferguson, Wayne Moore, Robert Jackson and Capital Dealer Services Group, LLC (collectively "New Defendants") and seek to consolidate it with this suit.

1

Under Fed. R. Civ. P. 42, consolidation is allowed when "actions before the court involve a common question of law or fact." Fed. R. Civ. P. 42(a). If a common question of law or fact is established, the Court, in its discretion, may

> (1) join for hearing or trial any or all matters at issue in the actions;
> (2) consolidate the actions; or
> (3) issue any other orders to avoid unnecessary cost or delay.
> (b) Separate Trials. For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims. When ordering a separate trial, the court must preserve any federal right to a jury trial.

Fed. R. Civ. P. 42(a)-(b). However, the Court should not rule at this time.

First, Plaintiffs did not attach a copy of the New Lawsuit they filed against the New Defendants to their motion to consolidate. Secondly, Plaintiffs have filed nothing in this case that demonstrates whether the Court has acquired personal jurisdiction over any of the New Defendants in the New Suit. Until Plaintiffs make a preliminary showing of the status of the New Suit, it is premature for the Court to decide whether to consolidate the two actions for any purpose.

Courts have denied motions to consolidate as premature. *In re in re Freedom Marine Sales LLC*, No. 8:23-cv-2890-SDM-NHA, 2024 U.S. Dist. LEXIS 82424, at *1-2 (M.D. Fla. Apr. 22, 2024)(recommending denial without prejudice when the time for identifying parties has not yet elapsed); *Gothar Allgemeine Versicherung A.G. v. A/S Santa Martha*, 12 A.D.2d 917, 917-18, 210 N.Y.S.2d 610, 610-11 (App. Div. 1st Dept. 1961)(premature to determine whether

2

separate trials were needed before all of the pretrial procedures have been completed).

Additionally, under the Court's local rules, once the New Defendants have made an appearance in the New Suit, they, along with the Plaintiffs, will confer and present the Court with their Joint Preliminary Joint Preliminary Report and Discovery Plan. Absher contends that if the parties have not reached consensus by that time, the issue would be better decided after all the interested parties have had a chance to brief the issue for the Court.

## CONCLUSION

For all reasons shown, the Court should deny Plaintiffs' motion to consolidate without prejudice.

Dated: August 4, 2025

*/s/J. Bertram Levy*
Louis R. Cohan
Georgia Bar No. 173357
J. Bertram Levy
Georgia Bar No. 449609
COHAN & LEVY
3340 Peachtree Road, N.E.
Tower 100, Suite 2570
Atlanta, Georgia 30326
Tel: (404) 891-1770
Fax: (404) 891-5094
lcohan@cohanlevy.com
blevy@cohanlevy.com
*Attorneys for Defendant John Absher*

# RULE 7.1(D) CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

Dated: August 4, 2025.

>*/s/ J. Bertram Levy*
>J. Bertram Levy

# CERTIFICATE OF SERVICE

This certifies that I have this day filed the foregoing DEFENDANT ABSHER'S OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record.

*Nathan D. Chapman*
*C. Celeste Creswell*
*Shawna M. Miller*
*Robert G. Wright*
KABAT CHAPMAN & OZMER LLP
171 17th Street, NW
Suite 1550
Atlanta, Georgia 30363
*nchapman@kcozlaw.com*
*ccreswell@kcozlaw.com*
*smiller@kcozlaw.com*
*rwright@kcozlaw.com*

Dated: August 4, 2025

                                              */s/ J. Bertram Levy*
                                              J. Bertram Levy