# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and AMERICAN FINANCIAL & AUTOMOTIVE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ABSHER, <br><br> Defendant. | Civil Action No. 1:24-cv-02930 |

## AMENDED ORDER STAYING DISCOVERY[1]

Plaintiffs American Bankers Insurance Company of Florida ("ABIC") and American Financial & Automotive Services, Inc. ("AFAS") (collectively, "Plaintiffs") and Defendant John Absher ("Defendant"), having filed a joint motion to stay discovery pending rulings on Plaintiffs' Motion for Leave to Amend their First Amended Complaint (Doc. 38), Plaintiffs' Motion to Consolidate (Doc. 39), and pending discovery commencing in the related litigation of *American Bankers*

---

[1] The Court entered an Order Staying Discovery on August 4, 2025. *See* Doc. 41. This Amended Order clarifies that the Parties may continue to conduct non-party written discovery and work together regarding perceived deficiencies in each Party's discovery responses, as set forth in footnote 2, *infra*.

1

*Insurance Company of Florida and American Financial & Automotive Services, Inc. v. Lance Ferguson, Wayne Moore, Robert Jackson, and Capital Dealer Services Group, LLC*, No. 1:25-cv-3981-VMC ("*Ferguson*" case) and for good cause shown;

IT IS HEREBY ORDERED that discovery[2] is stayed pending rulings on Plaintiffs' Motion for Leave to Amend their First Amended Complaint (Doc. 38), Plaintiffs' Motion to Consolidate (Doc. 39), and pending discovery commencing in the *Ferguson* case.

IT IS SO ORDERED.

Dated: August 14, 2025

The Honorable Victoria M. Calvert
United States District Court Judge

---

[2] All discovery is stayed with the exception of the following: (1) the Parties may issue Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection to non-parties (but the Parties may not issue non-party subpoenas to Lance Ferguson, Capital Dealer Services Group LLC, Wayne Moore, or Robert Jackson); and (2) the Parties may continue to work together regarding any perceived deficiencies in either Party's prior discovery responses, but any motion(s) to compel shall be filed after the Stay is lifted.